JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH W. JONES, | ) | Case No. CV 14-7783-MMM(AJW) |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| C.S.A.T.F., | ) | |
| | ) | |
|     Respondent. | ) | |
| _____ | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.


Dated: November 23, 2014

Margaret M. Morrow
United States District Judge